UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 19-CR-40052-TSH |
| ) | |
| WILLIAM T, HOEY, ) | |
|       Defendant. ) | |

## FINAL ORDER OF FORFEITURE

**HILLMAN, D.J**

WHEREAS, on June 23, 2022, this Court issued a Preliminary Order of Forfeiture against the following property, in connection with the charges against the defendant William T. Hoey (the "Defendant"), pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

(a) A Ruger LC9 9MM semi-automatic handgun bearing serial number 451-96763, with a magazine and seven bullets;

(collectively, the "Firearm and Ammunition");

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on August 11, 2022 and ending on September 9, 2022;

WHEREAS, no claims of interest in the Firearm and Ammunition have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or

interest in the Firearm and Ammunition, and are hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any right, title or interest in the Firearm and Ammunition are hereby held in default.

4. The United States is hereby authorized to dispose of the Firearm and Ammunition in accordance with applicable law.

5. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

/s/ Timothy S. Hillman
_____
**TIMOTHY S. HILLMAN**
United States District Judge

Dated: 12/15/22